# EXHIBIT 2

Christopher J. Renk (*pro hac vice* to be filed)
 Chris.Renk@arnoldporter.com
Michael J. Harris (*pro hac vice* to be filed)
 Michael.Harris@arnoldporter.com
**Arnold & Porter Kaye Scholer LLP**
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

*Attorneys for Plaintiff Nike, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NIKE, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MSCHF PRODUCT STUDIO, INC.,<br><br>　　　　　　Defendant. | Case No.  1:21-cv-01679-EK-PK |

**DECLARATION OF BRIDGETTE BOYD IN SUPPORT OF PLAINTIFF NIKE, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Bridgette Boyd, hereby declare pursuant to 28 U.S.C. § 1746 that:

1.      I am an associate at the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Plaintiff Nike, Inc. ("Nike") in this action. I make the following statements based on personal knowledge of the facts set forth herein, and if called upon as a witness could competently testify thereto. I submit this declaration in support of Nike's motion for preliminary injunction and temporary restraining order against the Defendant MSCHF PRODUCT STUDIO, INC. ("MSCHF" or "Defendant").

2.      On March 26, 2021, the Twitter account SAINT, which focuses on sneakers and popular culture, published a tweet announcing MSCHF's Satan Shoes.  Below is a true and correct screenshot of the post:



3.      Following the announcement of the Satan Shoes, various users on Twitter and Instagram commented on the shoes and their mistaken belief that Nike approved, sponsored, partnered with MSCHF, or was otherwise affiliated with the Satan Shoes.  Below are true and correct copies of screenshots from Twitter and Instagram from March 26, 2021 to March 29, 2021:



**Nick Sweat** @nickTsweat

I've worn @Nike because of their comfort while everyone else has tried to "cancel" them, but I just don't see how I can wear them anymore after this. Pretty sad we live in a world where we let people that glorify Satan have easier influence on society. @LilNasX I'll pray for you.

**kiss_my_tattz_81** This is sickening!!! How is Nike not involved when there's a Nike symbol on the shoe!!!

2m   Reply

**Shreveport Lash Artist** @LoyalT___

I might have to cancel my fav shoe company #nike if they're really dropping those satan shoes

9:25 AM · Mar 28, 2021 · Twitter for iPhone

**Eastern Princess** @HayzellTendai · 13h
Famous rapper LIL NAS X and  MSCHF company is in partnership with NIKE & are releasing the "Satan Shoe" on 29 March 2021 that contains real human blood. 666 pair of shoe is costing $1018
Sadly, this is not a joke. Demonic agendas are labeled as art
this is rubbish #BoycottNike

**IamTheLtLOne** @JacquelineMcNab · 33m
I hope the wraith of God comes back to all that has purchased these. Its sickening. Who knows who's blood it is. It could be innocent childrens. I demand to know! #BoycottNike #boycottlilNasX

**HeretoTroll** @TrollHereto

Replying to @jakeem666 and @AK4WA and @Nike

Then explain why there is an @Nike swoosh? If @Nike is not a partner?
#BoycottNike

**Lewis Anker** @LewisAnker

@Nike collabs with satan worshipper? Boycott/ peacefully protest/ or just burn your nike merchandise then stop buying there products until they cancel lil nas shoe.. 🙏🙏🙏🙏

**Ex-Mark19-Mr.** @ExMark19r

Boycott Nike! They made 666 numbered pair's of shoes. Real human blood. Why? They call it the "Satan line" seriously.... good versus evil. Who's side are you on!

**HeretoTroll** @TrollHereto

Replying to @jakeem666 and @AK4WA and @Nike

Then explain why there is an @Nike swoosh? If @Nike is not a partner?
#BoycottNike

**Glynis Malone** @GlynisMalone7 · 7h
@Nike I am sad that I am going to stop being a loyal customer of yours due to your **Satan** Shoes.  I am so surprised that you allowed your prestigious **swoosh** placed on a product like this. #imout #TeamJesus

**Extra_Shugar_Cartoons** @EXTRASHUG · 23h
this is disgusting, and if you think otherwise, unfollow me now.

they literally contain a drop of human blood.

#BoycottNike

**David Bird** @davidbird42 · 8h
@Nike why do the **Satan** Shoes have the Nike **swoosh** on them? WTH?

**DSII** @MLG_DASHIZNITTS · 6h
"Nike did not design or release these shoes and we do not endorse them." But you did give Permission...You. Can only distance yourself so far. Everybody see that big ass **Swoosh** #Nike #mondaythoughts
#BoycottNike #BlazedRTs

**Mr. Blount** @CultureMisfit · Mar 27

@Nike wow really. All I've been seeing is bad feedback from these. Who at your company **approved** this? I literally want to know who **thought** this was a good idea. Literally makes me want to stop buying your brand and I'm a SNKR head. Smh definitely left a bad taste in my mouth!



**Zephyr Siete**
@ZephyrSiete

Replying to @MediaNextStudio @nicekicks and 2 others

Of course. I'm a sneakerhead. I have more pairs than you do.

666 pairs doesn't get done without Nike being involved somehow.

1:27 AM · Mar 30, 2021 · Twitter Web App

**Nick Young** ✔ @NickSwagyPYoung · Mar 28

My kids will never play Old Town road again.. I'm still debating about wearing @Nike after this come nike a drop of blood for real

**GenRift Employee (Rico)** @JohnnyRicotta6 · Mar 28

@LilNasX As a **sneakerhead**, I'm not buying those shoes. Shame on **Nike** too.

○ 1          ↻          ♡          ⬆

**Donna Camacho** @djcamacho · 10h

Replying to @peace4_usa @NBBM25 and 3 others

Nike says that while the shoes are sold as Nikes, the company has nothing to do with the creation or sale of the "**Satan** shoes." But they do have a **swoosh** on them. And they are licensed by Nike.

**Glynis Malone** @GlynisMalone7 · 7h

@Nike I am sad that I am going to stop being a loyal customer of yours due to your **Satan** Shoes.  I am so surprised that you allowed your prestigious **swoosh** placed on a product like this. #imout #TeamJesus

○          ↻          ♡          ⬆

**MeAfter** @MeAfter4 · 20h

Replying to @SabirahLohn @hrrysgreysuit and 3 others

Nike's **SWOOSH** is CLEARLY visible.
If Nike were opposed, they would SUE if they believed their brand was tarnished or compromised by Sa**tan** worshippers.👹🙄
I suspect Nike loves the publicity.
Haven't bought a Nike item in years.

**Charlie** @SaintCharlie · 21h

Those **Satan** shoes have a whole **swoosh** on them. How are they not @nike shoes?

○ 2          ↻          ♡ 5          ⬆

**call me...JIM** @jsdr54 · 22h

Nike danced around the **Satan** shoes saying they aren't involved. then why is the Nike **swoosh** on the shoes

4

4.      As of March 29, 2021, the same day MSCHF took orders for the Satan Shoes, there are multiple listings in secondary sneaker markets, such as websites like ebay.com, from customers who ordered the Satan Shoes.  Below is a true and correct screenshot of one eBay listing for the Satan Shoes from March 29, 2021:



5.      Prior to selling out, the website for the Satan Shoes (satan.shoes/product) promoted and described the product's "body" as being "Nike Air Max 97" sneakers.  Below is a true and correct screenshot from the Satan Shoes website product page from March 29, 2021:



6.      Below are product images taken from the same Satan Shoes website on March 29, 2021:



7.     Oscar Holland (CNN) wrote an article on the Satan Shoes titled "Lil Nas X's unofficial 'Satan' Nikes containing human blood sell out in under a minute." A true and correct copy of the article, published on CNN.com on March 29, 2021, accessible at https://www.cnn.com/style/article/lil-nas-x-mschf-satan-nike-shoes/index.html, is attached hereto as Exhibit A. The article states "MSCHF confirmed via email March 29 that the limited-edition "drop" of 666 pairs sold out in less than a minute (though Lil Nas X will keep the first pair, MSCHF creative director Kevin Wiesner told CNN).'" *Id.*

8.     Bryan Pietsch (New York Times) wrote an article about the release of the Satan Shoes titled "Nike Sues Over Unauthorized 'Satan Shoes'."  A true and correct copy of the article, published March 28, 2021 and updated on March 29, 2021, accessible at https://www.nytimes.com/2021/03/28/style/nike-satan-shoes-lil-Nas-x.html, is attached hereto as Exhibit B. The article states "MSCHF started selling 666 pairs of the shoes — each pair cost $1,018

— on Monday as a follow-up to a line of Jesus Shoes, which contained holy water. They sold out in less than a minute." *Id*.  The article further states that "'Sacrificed is just a cool word — it was just the MSCHF team that gave the blood,' one of MSCHF's founders, Daniel Greenberg, said in an email on Sunday. (Asked who collected the blood, Mr. Greenberg replied, 'Uhhhhhh yeah hahah not medical professionals we did it ourselves lol.')." *Id*.

9.    Snopes.com published an online article titled "Did Nike Partner with Lil Nas X on 'Satan Shoes' Containing Human Blood?"  A true and correct copy of the article, published on snopes.com on March 27, 2021 and updated on March 29, 2021, accessible at https://www.snopes.com/fact-check/nike-satan-shoes-lil-nas-x/, is attached hereto as Exhibit C.  The article states that a representative of MSCHF told Snopes in an email "that MSCHF buys the shoes from Nike, then MSCHF artists make their own creative modifications before selling them." *Id.*

10.    Ben Felderstein (Complex.com) wrote an article about the release of the Satan Shoes titled "Nike Sues Over Satan Sneakers by Lil Nas X and MSCHF."  A true and correct copy of the article, published on Complex.com on March 29, 2021, accessible at https://www.complex.com/sneakers/nike-sue-satan-sneakers-lil-nas-x-mschf-air-max-97,      is attached hereto as Exhibit D.  The article states "In an exclusive interview with Complex prior to the shoe's launch, MSCHF cofounder Daniel Greenberg said, "I feel like, no matter what drop it is, it's hilarious that we always get the same question about legality. Every outlet always asks, 'How have you guys not been sued into oblivion yet?' We haven't, obviously. We're still here…'." *Id*.

11.    For the reasons set forth in this declaration, the declaration of Joe Pallet, the Application, and Memorandum of Law, no other procedure is adequate to prevent irreparable injury to Nike.  No previous application for similar relief has been made by Nike.

I hereby declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct. Executed in Potomac, Maryland on this 30th day of March, 2021.

Dated:  March 30, 2021

By:  *Bridgette C. Boyd*
_____

Bridgette Boyd (*pro hac vice* to be filed)
 Bridgette.Boyd@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-6745
Facsimile: (202) 942-5999

# EXHIBIT A

# Lil Nas X's unofficial 'Satan' Nikes containing human blood sell out in under a minute

CNN cnn.com/style/article/lil-nas-x-mschf-satan-nike-shoes/index.html



Lil Nas X's unofficial 'Satan' Nikes containing human blood sell out in under a minute

Written by Oscar Holland, CNN

Jacqui Palumbo, CNN

Rapper and singer Lil Nas X launcheda controversial pair of "Satan Shoes" featuring a bronze pentagram, an inverted cross and a drop of real human blood -- and they sold out almost immediately.

The black and red sneakers, part of a collaboration between Lil Nas X and New York-based art collective MSCHF, were made using Nike Air Max 97s, though the sportswear brand has distanced itself from the design.

In an emailed statement to CNN, Nike said it was not involved in creating the modified sneakers. "We do not have a relationship with Lil Nas or MSCHF," the company said. "Nike did not design or release these shoes and we do not endorse them."

MSCHF confirmed via emailMarch 29 that the limited-edition "drop" of 666 pairs sold out in less than a minute (though Lil Nas X will keep the first pair, MSCHF creative director Kevin Wiesnertold CNN).

Theywere priced at $1,018 a pair, a reference to the Bible passage Luke 10:18 that reads: "I saw Satan fall like lightning from heaven." Each shoe's air bubble sole contains 60 cubic centimeters (2.03 fluid ounces) of red ink and "one drop" of human blood, according to MSCHF.

A MSCHF spokesperson said the blood had been provided by members of the art collective, adding: "We love to sacrifice for our art." Later, Wiesner explained on a video call that the creative team collected individual drops over the course of a week using the same type of needle used in at-home glucose tests.The group also confirmed to CNN that Nike was "not involved in this in any capacity."



The 'Satan Shoes' will launch Monday as a limited-edition release. Credit: Courtesy MSCHF

The shoes sparked outrage online over the weekend, and attracted criticism from a number of high-profile political and religious figures, including South Dakota Governor Kristi Noem

and the evangelical pastor Mark Burns. The latter described the sneakers in a tweet as "evil" and "heresy." Some fans of the "Old Town Road" rapper, meanwhile, tweeted their support and desire to own a pair.



Oversized hospital bill paintings sold to pay off medical debts

In response, Lil Nas X (whose real name is Montero Lamar Hill),posted a video to his official YouTube account titled "Lil Nas X Apologizes for Satan Shoe," which has now been viewed over 1.8 million times. But after a few seconds, the apparent apology cuts to a scene from his new music video, "Montero (Call Me By Your Name)," showing him dancing provocatively with a devil character. The rapper is then pictured snapping the devil's neck, before removing his horned crown and assuming it himself.

The day after Lil Nas X released the music video, he responded to the backlash over its rebellious religious imagery. "I spent my entire teenage years hating myself because of the s**t y'all preached would happen to me because i was gay," he wrote. "So i hope u are mad, stay mad, feel the same anger you teach us to have towards ourselves."

The collective Lil Nas X worked with on the "Satan Shoe,"MSCHF, is known for its irreverent "drops," a series of tongue-in-cheek art projects unveiled once every two weeks. In 2019, the collective released limited edition "Jesus Shoes" -- also made from Nike Air Max 97 sneakers -- which featured a steel crucifix and "holy water" sourced from the Jordan River.

Other drops have seen the collective sell a laptop installed with some of the world's most dangerous computer viruses for over $1.3 million. In February, meanwhile, the group ripped apart four Hermès Birkin bags in order to create a collection of sandals priced between $34,000 and $76,000.

"We all knew that some people would take the satan element of this seriously...but I'm not sure we were entirely prepared for how much of a furor it would cause," Wiesner said. "Obviously from our perspective, it's just fun, right? There's a really rich wealth of symbol(ism) to work with, but some people have been very up in arms with it."

He referenced one YouTube reviewer -- Michael J. Mitchell of the account "A Sneaker Life" -- who first did an unboxing video, then posted a follow-up video called "I threw the nike satan shoes away." He did so, Wiesner said, "because his fans had reacted so poorly to the concept, which is extremely funny."

In the 8-minute video, Mitchell announces he's getting rid of the sneakers before tossing them down the trash chute in his apartment building (he shows them in the box before they make their descent). "I'm throwing them away, bro, straight up. I'm not keeping this energy around me whatsoever," he said. "Everybody just relax, bro. I am a man of God."

*This article has been updated with more information following the sale, as well as quotes from MSCHF.*

# EXHIBIT B

# Nike Sues Over Unauthorized 'Satan Shoes'

**nytimes.com**/2021/03/28/style/nike-satan-shoes-lil-Nas-x.html

March 28, 2021



Some workplaces encourage employees to donate blood as an act of charity. But six workers at MSCHF, a quirky company based in Brooklyn that's known for products like toaster-shaped bath bombs and rubber-chicken bongs, offered their blood for a new line of shoes.

"'Sacrificed' is just a cool word — it was just the MSCHF team that gave the blood," one of MSCHF's founders, Daniel Greenberg, said in an email on Sunday. (Asked who collected the blood, Mr. Greenberg replied, "Uhhhhhh yeah hahah not medical professionals we did it ourselves lol.")

A drop of blood is mixed in with ink that fills an air bubble in the sneaker, a Nike Air Max 97, Mr. Greenberg said.

"Not much blood, actually" was collected, he said, adding, "About six of us on the team gave."

MSCHF started selling 666 pairs of the shoes — each pair cost $1,018 — on Monday as a follow-up to a line of Jesus Shoes, which contained holy water. They sold out in less than a minute.

Mr. Greenberg noted that Nike was not involved in the process "in any capacity."

In a statement on Sunday, Nike said: "We do not have a relationship with Little Nas X or MSCHF. Nike did not design or release these shoes, and we do not endorse them."

And on Monday, Nike sued MSCHF in U.S. District Court over the shoes, alleging that MSCHF's "unauthorized Satan Shoes are likely to cause confusion and dilution and create an erroneous association between MSCHF's products and Nike."

"Decisions about what products to put the 'swoosh' on belong to Nike, not to third parties like MSCHF," Nike said in its lawsuit, referring to its "swoosh" logo. "Nike requests that the court immediately and permanently stop MSCHF from fulfilling all orders for its unauthorized Satan Shoes."

The Consumer Product Safety Commission did not immediately respond to a request for comment on Sunday about whether there were concerns or legal issues about the sale of the shoes.

"If we can make people a fan of the brand and not the product, we can do whatever" we want, Mr. Greenberg told the news website Insider last year. "We build what we want. We don't care."

Image
A drop of blood is mixed with ink that fills an air bubble in the shoes.Credit...MSCHF

Image
A bronze, pentagram-shaped charm is affixed to the shoes.Credit...MSCHF

The Satan Shoes are a collaboration between MSCHF and the rapper Lil Nas X, following the release of a devil-themed music video for his song "Montero (Call Me by Your Name)" in which he gyrates on Satan's lap.

In the song, Lil Nas X, who was born Montero Lamar Hill, "cheerfully rejoices in lust as a gay man," wrote Jon Pareles, the chief music critic for The New York Times.

Lil Nas X came out in 2019, and the song's title is an apparent reference to "Call Me by Your Name," a novel about a clandestine summer romance between two men that was adapted into a film.

The shoes are affixed with a bronze, pentagram-shaped charm and have "Luke 10:18" — a reference to the biblical passage that says, "I saw Satan fall like lightning from heaven" — printed on them.

Image



MSCHF planned to sell 666 pairs of the shoes.Credit...MSCHF

Sarcastically responding to the uproar on social media about the shoes, Lil Nas X posted a video on YouTube on Sunday titled "Lil Nas X Apologizes for Satan Shoe" — but what appears to be an apology cuts to the sexually charged scene with Satan from the music video.

Among those criticizing the shoes was Gov. Kristi Noem of South Dakota. Ms. Noem, a Republican, wrote on Twitter that it was wrong for children to be told that the shoes were exclusive.

"What's more exclusive? Their God-given eternal soul," she wrote.

Lil Nas X was quick to respond: "ur a whole governor and u on here tweeting about some damn shoes. do ur job!" Ms. Noem replied with a quotation from the Bible: "What good will it be for someone to gain the whole world, yet forfeit their soul?"

Stephen J. Hoch, a professor of marketing at the University of Pennsylvania, said MSCHF was "smart" to make only 666. "They won't be stuck with too much unsold inventory," he said.

"It is totally a gimmick, and not a very good one at that," he added. "And the price is ridiculous."

Making limited quantities of streetwear — sold in "drops" — contributes to the hype over products as well as to high prices on the resale market.

The value of many collectibles, like coffee tables, Nike Air Jordan shoes and whiskey, has soared during the pandemic.

At least the shoes are tangible: A piece of art that exists only digitally, verified as the only one in the world by an N.F.T., or nonfungible token, sold for more than $69 million this month.

A pair of the Satan Shoes is unlikely to fetch such a price on the resale market. But the blood and other satanic elements are "definitely a unique marketing strategy," said Barbara E. Kahn, another marketing professor at the University of Pennsylvania.

She said the strategy would "clearly only appeal to a niche market segment, but it might especially appeal to that segment."

"Part of the messaging is the breaking down of barriers, of societal norms," she said. "That suggests a new way of doing things, which is consistent with the ideas of breaking down societal norms that discriminate against people."

On Twitter on Thursday, Lil Nas X wrote to "14-year-old Montero" that the song "Montero (Call Me by Your Name)" was "about a guy I met last summer."

"I know we promised to never come out publicly," he wrote. "I know we promised to die with this secret, but this will open doors for many other queer people to simply exist."

# EXHIBIT C

# Did Nike Partner with Lil Nas X on 'Satan Shoes' Containing Human Blood?

snopes.com/fact-check/nike-satan-shoes-lil-nas-x/



## The devil is always in the details.

**Bethania Palma**

**Published 27 March 2021**
**Updated 29 March 2021**



Image via Alberto E. Rodriguez/Getty Images for The Recording Academy

## Claim

Musician Lil Nas X partnered with Nike to create "Satan shoes" that contain real human blood.

**About this rating**

What's True

Lil Nas X partnered with MSCHF to create a limited edition "Satan shoe" that MSCHF says contains a drop of human blood. The shoes are Nike Air Max 97s.

What's False
Although the shoes are Nikes, a Nike spokesperson told us the company has nothing to do with the creation or sale of the "Satan shoes."

## Origin

Rapper Lil Nas X released the music video for his song "Montero" on March 25, 2021, and the internet took note. The video features the musician, whose real name is Montero Lamar Hill, seducing Satan and stealing his horns.

Shortly after, viral company MSCHF announced via the website satan.shoes that it would be offering infernal Nike sneakers. According to the website, the shoes will contain a drop of human blood mixed with ink in the sole and only 666 pairs will be made available.

Because the shoes in question are Nike Air Max 97s, readers asked Snopes whether the brand Nike was partnering with Lil Nas X to create the Satan shoes. "Nike did not release nor design these shoes," a spokesperson for Nike told us in an email.

According to a January 2020 profile published by Business Insider, the seller of the Satan shoes, MSCHF, has become known for "creating some of the most absurd, cynical, and viral projects and products that have spread across the internet." Business Insider described MSCHF as a "seven-person company" that has made products that "range from an astrology-based stock trading app, to a toaster-shaped bathbomb, to Holy Water-filled sneakers."

Indeed, while internet users can locate "Satan shoes" at satan.shoes, they can also find "Jesus shoes" at jesus.shoes (but those are sold out).

MSCHF founding team member Daniel Greenberg told Snopes in an email that the "Satan shoes" leaked early on Twitter but won't be available until 11 a.m. on March 29. He added that Lil Nas X did indeed collaborate with MSCHF on the product and that the blood in the shoes comes courtesy of the MSCHF team.

Greenberg explained that MSCHF buys the shoes from Nike, then MSCHF artists make their own creative modifications before selling them.

Nike filed a lawsuit in federal court on March 29, 2021, accusing MSCHF of trademark infringement.

Top Fact Checks

View all

# EXHIBIT D

# Nike Sues Over Satan Sneakers by Lil Nas X and MSCHF

**C** complex.com/sneakers/nike-sue-satan-sneakers-lil-nas-x-mschf-air-max-97

Ben Felderstein



The Satan sneakers Nike has sued over by MSCHF and Lil Nas X. Image via MSCHF

***UPDATED 3/29, 8:50 p.m. ET:*** Nike has issued a statement regarding its lawsuit over the MSCHF Air Max 97 Satan sneakers.

"Nike filed a trademark infringement and dilution complaint against MSCHF today related to the Satan Shoes," the brand said. "We don't have any further details to share on pending legal matters. However, we can tell you we do not have a relationship with Lil Nas X or MSCHF. The Satan Shoes were produced without Nike's approval or authorization, and Nike is in no way connected with this project."

*See original story below.*

Earlier this morning, Lil Nas X and Brooklyn-based collective MSCHF launched a custom Air Max 97 equipped with a drop of human blood in its Air bubble, "666" branding, a pentagram hangtag, and more. The sneakers leaked over the weekend and, to no one's surprise, sent the internet into a frenzy, with a number of people erroneously condemning Nike for putting out a Satan-themed sneaker. Almost immediately, Nike responded, saying, "We do not have a relationship with Little Nas X or MSCHF. Nike did not design or release these shoes, and we do not endorse them."

Now, less than six hours after the shoe's release—and prompt sellout—Nike is suing MSCHF over the sneaker. One of the key claims in Nike's filed lawsuit reads, "Nike has not and does not approve or authorize MSCHF's customized Satan Shoes. Moreover, MSCHF and its unauthorized Satan Shoes are likely to cause confusion and dilution and create an erroneous association between MSCHF's products and Nike. In fact, there is already evidence of significant confusion and dilution occurring in the marketplace, including calls to boycott Nike in response to the launch of MSCHF's Satan Shoes based on the mistaken belief that Nike has authorized or approved this product."

Furthermore, Nike claims that the manipulation of the sneaker's midsole "may pose safety risks for consumers." Each of the 666 "Satan" sneakers is said to contain a mixture of red dye and human blood.

Nike has not yet responded to a request for comment on the lawsuit.

In an exclusive interview with Complex prior to the shoe's launch, MSCHF cofounder Daniel Greenberg said, "I feel like, no matter what drop it is, it's hilarious that we always get the same question about legality. Every outlet always asks, 'How have you guys not been sued into oblivion yet?' We haven't, obviously. We're still here. ... I'd say specifically, in terms of Jesus shoes and Satan shoes, it is totally legal in the sense that, because we're not doing knockoffs, because we are buying their shoes and doing our art to it and selling it for more, it's, like, 1,000 percent legal."

MSCHF previously released a Jesus-themed Air Max 97 in 2019, which featured holy water from the River Jordan in its Air unit. While it was met with criticism—albeit to a lesser degree—no legal action was taken by Nike.

Following the news of the lawsuit, Complex reached out to Greenberg, who has not yet responded to the request for comment.