**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**NIKE, INC.**

CIVIL ACTION NO.: 21-CV-1679

**vs**                                                  *Plaintiff*

**MSCHF Product Studio, Inc.**

*Defendant*

# AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware.

That on **03/30/2021** at **2:00 PM** at **651 N Broad Street, Suite 206, Middletown, DE 19709**

deponent served a(n) **Summons in a Civil Action, Complaint, Civil Cover Sheet, and Judge Eric Komitee Individual Practices and Rules**

on **MSCHF Product Studio, Inc.c/o Legalinc Corporate Services Inc.,** Registered Agent,

by delivering thereat a true copy to **Stephanie Frazier** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin: White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight:131-160 Lbs.
Other:

Sworn to before me this
3ᵒ day of March, 2021

-----------------------------------
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires   August 25, 2022

-----------------------------------
Granville Morris

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160