UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>                 Plaintiff,<br><br>v.<br><br>MSCHF PRODUCT STUDIO, INC.,<br><br>                 Defendant. | Case No. 1:21-cv-01679-EK-PK<br><br>**CERTIFICATE OF SERVICE** |

KYLE A. SCHNEIDER, an attorney associated with the law firm of Arnold & Porter Kaye Scholer LLP, does hereby certify that on March 30, 2021, he caused true and correct copies of the following documents filed in the present action to be served by e-mail on Defendant MSCHF Product Studio, Inc. at the following e-mail addresses:

1. <u>Documents Served</u>:

   - Complaint (Dkt. 1)

   - Summons in a Civil Action (Dkt. 4)

   - [Proposed] Temporary Restraining Order and Order to Show Cause for Preliminary Injunction (Dkt. 7)

   - Nike, Inc.'s Memorandum of Law in Support of Its Motion for a Temporary Restraining Order & Preliminary Injunction (Dkt. 7-1)

   - Exhibit 1 – Declaration of Joe Pallett in Support of Nike, Inc.'s Memorandum of Law in Support of Its Motion for a Preliminary Injunction & Temporary Restraining Order (Dkt. 7-2)

   - Exhibit 2 – Declaration of Bridgette Boyd in Support of Plaintiff Nike, Inc.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. 7-3)

CERTIFICATE OF SERVICE - Page 1

- Affidavit of Service (Dkt. 8)

2. <u>E-Mail Addresses Served</u>:

- gabe@mschf.xyz
- whalye@mschf.xyz
- support@mschf.xyz
- press@mschf.xyz
- ayyy@mschf.xys
- 85f0996cbd151aab2aac0240f1a1689b-20403541@contact.gandi.net

Dated:  March 30, 2021                ARNOLD & PORTER KAYE SCHOLER LLP


By:  */s/ Kyle A. Schneider*

Kyle A. Schneider
  Kyle.Schneider@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Christopher J. Renk (*pro hac vice* to be filed)
  Chris.Renk@arnoldporter.com
Michael J. Harris (*pro hac vice* to be filed)
  Michael.Harris@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Rhonda R. Trotter (*pro hac vice* to be filed)
  Rhonda.Trotter@arnoldporter.com
Oscar Ramallo (*pro hac vice* to be filed)
  Oscar.Ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Bridgette C. Boyd (*pro hac vice* to be filed)

  Bridgette.Boyd@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-6745
Facsimile:  (202) 942-5999

*Attorneys for Plaintiff Nike, Inc.*