UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NIKE, INC.,

                Plaintiff,

      v.

MSCHF PRODUCT STUDIO, INC.

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 21-cv-1679-EK-PK

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

PLEASE TAKE NOTICE that David H. Bernstein of Debevoise & Plimpton LLP hereby appears on behalf of Defendant MSCHF Product Studio, Inc. in the above captioned case. The undersigned certifies that he is admitted to practice in this Court and respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
       March 31, 2021

                                      DEBEVOISE & PLIMPTON LLP

                                      By: /s/ *David H. Bernstein*
                                            David H. Bernstein

                                            919 Third Avenue
                                            New York, New York 10022
                                            (212) 909-6696
                                            dhbernstein@debevoise.com

                                            *Attorney for Defendant MSCHF Product Studio, Inc.*

TO:   Kyle A. Schneider
Kyle.Schneider@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Christopher J. Renk (pro hac vice to be filed)
Chris.Renk@arnoldporter.com
Michael J. Harris (pro hac vice to be filed)
Michael.Harris@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Rhonda R. Trotter (pro hac vice to be filed)
Rhonda.Trotter@arnoldporter.com
Oscar Ramallo (pro hac vice to be filed)
Oscar.Ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Bridgette C. Boyd (pro hac vice to be filed)
Bridgette.Boyd@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (202) 942-6745
Facsimile: (202) 942-5999

*Attorneys for Plaintiff Nike, Inc.*