**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

NIKE, INC.                                                                          CASE NO. : 1:21-CV-01679-EK-PK

                                                                        *Plaintiff*
                                        **vs**

MSCHF PRODUCT STUDIO, INC.

                                                                                        *Defendant*

# AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle }   ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware.

That on **03/31/2021** at **1:00 PM** at **651 N Broad Street, Suite 206, Middletown, DE 19709**

deponent served a(n) **[Proposed] Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, Nike, Inc.'s Memorandum of Law in Support of Its Motion for a Temporary Restraining Order & Preliminary Injunction with Exhibits 1-2, Notice of Electronic Filing**

on **MSCHF Product Studio, Inc.c/o Legalinc Corporate Services Inc.**, Registered Agent,

by delivering thereat a true copy to **Stephanie Frazier** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Female
Skin: White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight:131-160 Lbs.
Other:

Sworn to before me this
31st day of March, 2021

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires    August 25, 2022

_____
NOTARY PUBLIC

_____
Granville Morris