UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.<br><br>  Plaintiff,<br><br>v.<br><br>MSCHF PRODUCT STUDIO, INC.<br><br>  Defendant. | Case No. 1:21-cv-01679-EK-PK |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nike, Inc., by and through undersigned counsel, hereby dismiss with prejudice its claims against Defendant MSCHF Product Studio, Inc., in the above-captioned action, with each party bearing its own costs and attorneys' fees in connection with the claims asserted in the Complaint.  The temporary restraining order issued on April 1, 2021, is hereby dissolved, and Nike is released from the obligation to file a bond.

Dated:  April 9, 2021

ARNOLD & PORTER KAYE SCHOLER LLP

By:  */s/ Michael J. Harris*

  Christopher J. Renk (*pro hac vice*)
    Chris.Renk@arnoldporter.com
  Michael J. Harris (*pro hac vice*)
    Michael.Harris@arnoldporter.com
  ARNOLD & PORTER KAYE SCHOLER LLP
  70 West Madison Street, Suite 4200
  Chicago, Illinois 60602-4231
  Telephone: (312) 583-2300
  Facsimile: (312) 583-2360

  Kyle A. Schneider (SBN  5470521)
    Kyle.Schneider@arnoldporter.com
  ARNOLD & PORTER KAYE SCHOLER LLP
  250 West 55th Street

-2-

New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Rhonda R. Trotter (*pro hac vice*)
  Rhonda.Trotter@arnoldporter.com
Oscar Ramallo (*pro hac vice* to be filed)
  Oscar.Ramallo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Bridgette C. Boyd (*pro hac vice* to be filed)
  Bridgette.Boyd@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone:  (202) 942-6745
Facsimile:  (202) 942-5999


*Attorneys for Plaintiff Nike, Inc.*