CLOSED,ACO,TRADEMARK

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:21-cv-01679-EK-PK

| | |
|---|---|
| Nike, Inc. v. MSCHF Product Studio, Inc. | Date Filed: 03/29/2021 |
| Assigned to: Judge Eric R. Komitee | Date Terminated: 04/12/2021 |
| Referred to: Magistrate Judge Peggy Kuo | Jury Demand: Plaintiff |
| Cause: 15:1114 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Nike, Inc.** | represented by | **Christopher J. Renk**<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street<br>Ste 4200<br>Chicago, IL 60602-4231<br>312-583-2423<br>Fax: 312-583-2360<br>Email: chris.renk@arnoldporter.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael J. Harris**<br>Arnold & Porter<br>70 West Madison Street<br>Suite 4200<br>Chicago, IL 60602<br>312-583-2422<br>Email: Michael.Harris@arnoldporter.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rhonda R. Trotter**<br>Arnold & Porter Kaye Scholer LLP<br>777 S. Figueroa Street<br>Suite 4400<br>Los Angeles, CA 90017<br>213-243-4153<br>Fax: 213-243-4199<br>Email: rhonda.trotter@arnoldporter.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kyle Aaron Brodkin Schneider**<br>Arnold & Porter Kaye Scholer LLP |

          250 West 55th Street
          New York, NY 10019
          212-836-8453
          Email: kyle.schneider@arnoldporter.com
          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MSCHF Product Studio, Inc.**      represented by     **David H. Bernstein**
          Debevoise & Plimpton
          919 Third Avenue
          New York, NY 10022
          212-909-6000
          Fax: 212-909-6836
          Email: dhbernst@debevoise.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Megan K. Bannigan**
          Debevoise & Plimpton LLP
          919 Third Avenue
          New York, NY 10022
          212-909-6000
          Email: mkbannigan@debevoise.com
          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/29/2021 | 1 | COMPLAINT against MSCHF Product Studio, Inc. filing fee $ 402, receipt number ANYEDC-14320929 Was the Disclosure Statement on Civil Cover Sheet completed -YES,, filed by Nike, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Schneider, Kyle) (Entered: 03/29/2021) |
| 03/29/2021 | | Case Assigned to Judge Eric R. Komitee and Magistrate Judge Peggy Kuo. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 03/29/2021) |
| 03/29/2021 | 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 03/29/2021) |

| | | |
|---|---|---|
| 03/29/2021 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 03/29/2021) |
| 03/29/2021 | 4 | Summons Issued as to MSCHF Product Studio, Inc.. (Bowens, Priscilla) (Entered: 03/29/2021) |
| 03/29/2021 | 5 | Notice of Report on the filing of an action regarding a Patent or Trademark. (Attachments: # 1 complaint) (Rocco, Christine) (Entered: 03/29/2021) |
| 03/29/2021 | 6 | SCHEDULING ORDER: A Telephone Initial Conference will be held in this case on **June 29, 2021 at 10:30 a.m.** before Peggy Kuo, United States Magistrate Judge. **All counsel are required to attend.** The parties are directed to call toll free **(877) 336-1274** and input the Access Code **1453850** at the time of the Conference. No additional security code is needed. Once all parties are on the line, the call will be connected. (The parties are reminded that, pursuant to Local Civil Rule 1.8, they may not independently record any court proceedings. A transcript of the proceedings may be ordered from the Clerk's Office.)<br><br>Counsel are directed to the annexed Initial Conference Order for instructions. By **June 24, 2021**, the parties must file a **joint** and completed copy of the Proposed Discovery Plan, a PDF version of which may be found at: https://img.nyed.uscourts.gov/files/forms/PK-discovplan.pdf Any request for adjournment of this or any other conference must be made in writing on notice to opposing parties, and must disclose whether or not all parties consent. No request for adjournment will be considered unless made at least **two (2) business days** before the scheduled conference, except in the event of an emergency. **Counsel with knowledge and authority must be present.** *Per diem* **counsel may not appear without prior permission of the Court.** Plaintiff's counsel is directed to ensure that Defendant is aware of this conference. Ordered by Magistrate Judge Peggy Kuo on 3/29/2021. (O'Neil-Berven, Ryan) (Entered: 03/29/2021) |
| 03/30/2021 | 7 | Unsigned Order to Show Cause by Nike, Inc. (Attachments: # 1 NIKE, INC.S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION, # 2 Exhibit 1 - DECLARATION OF JOE PALLETT IN SUPPORT OF NIKE, INC.S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION & TEMPORARY RESTRAINING ORDER, # 3 Exhibit 2 - DECLARATION OF BRIDGETTE BOYD IN SUPPORT OF PLAINTIFF NIKE, INC.S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION) (Schneider, Kyle) (Entered: 03/30/2021) |
| 03/30/2021 | 8 | SUMMONS Returned Executed by Nike, Inc.. MSCHF Product Studio, Inc. served on 3/30/2021, answer due 4/20/2021. (Schneider, Kyle) (Entered: 03/30/2021) |
| 03/30/2021 | 9 | CERTIFICATE OF SERVICE by Nike, Inc. re 8 Summons Returned Executed, 1 Complaint, 4 Summons Issued, 7 Unsigned Order to Show Cause,, *[Served via E-mail on March 30, 2021]* (Schneider, Kyle) (Entered: 03/30/2021) |

| | | | |
|---|---|---|---|
| 03/31/2021 | 10 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-14328059. by Nike, Inc.. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Certificate of Good Standing from the state of Illinois) (Harris, Michael) (Entered: 03/31/2021) | |
| 03/31/2021 | 11 | NOTICE of Appearance by David H. Bernstein on behalf of MSCHF Product Studio, Inc. (aty to be noticed) (Bernstein, David) (Entered: 03/31/2021) | |
| 03/31/2021 | 12 | NOTICE of Appearance by Megan K. Bannigan on behalf of MSCHF Product Studio, Inc. (aty to be noticed) (Bannigan, Megan) (Entered: 03/31/2021) | |
| 03/31/2021 | | ORDER granting 10 Motion for Leave to Appear Pro Hac Vice. Attorney Michael J. Harris is permitted to appear *pro hac vice* on behalf of Plaintiff Nike, Inc. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Peggy Kuo on 3/31/2021. (O'Neil-Berven, Ryan) (Entered: 03/31/2021) | |
| 03/31/2021 | | SCHEDULING ORDER re Emergency MOTION for Order to Show Cause for a Temporary Restraining Order: The court will hold argument tomorrow, Thursday, April 1 at 9:00 am via telephone. Courtroom Deputy Fida Abdallah will send counsel the dial-in information by email. All other attendees may listen to the proceeding by dialing 888-808-6929, and use access code 564-7824. Ordered by Judge Eric R. Komitee on 3/31/2021. (Abdallah, Fida) (Entered: 03/31/2021) | |
| 03/31/2021 | 13 | AFFIDAVIT of Service for 7 Unsigned Order to Show Cause, Memorandum of Law, and supporting declarations served on MSCHF Product Studio, lnc.c/o Legalinc Corporate Services Inc., Registered Agent on 03/31/2011, filed by Nike, Inc.. (Schneider, Kyle) (Entered: 03/31/2021) | |
| 03/31/2021 | 14 | Letter *Regarding Plaintiff's Motion for a Temporary Restraining Order* by MSCHF Product Studio, Inc. (Bannigan, Megan) (Entered: 03/31/2021) | |
| 04/01/2021 | 15 | Letter *Regarding Nike's Motion for a Temporary Restraining Order* by Nike, Inc. (Harris, Michael) (Entered: 04/01/2021) | |
| 04/01/2021 | 16 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-14332561. by Nike, Inc.. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Certificate of Good Standing for the District of Columbia Court of Appeals, # 3 Certificate of Good Standing for the Supreme Court of Illinois, # 4 Certificate of Good Standing for the Supreme Court of Minnesota) (Renk, Christopher) (Entered: 04/01/2021) | |
| 04/01/2021 | | ORDER granting 16 Motion for Leave to Appear Pro Hac Vice. Attorney Christopher J. Renk is permitted to appear *pro hac vice* on behalf of Plaintiff Nike, Inc. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Peggy Kuo on 4/1/2021. (O'Neil-Berven, Ryan) (Entered: 04/01/2021) | |

| | | |
|---|---|---|
| 04/01/2021 | 17 | Minute Entry for proceedings held before Judge Eric R. Komitee: Argument held on 4/1/2021. Case called. Arguments made. For the reasons stated on the record, the Court grants Plaintiff's motion for a temporary restraining order. (Court Reporter Victoria Torres-Butler.) (Richards, David) (Entered: 04/01/2021) |
| 04/01/2021 | 18 | ORDER re 7 Unsigned Order to Show Cause, filed by Nike, Inc. Plaintiff's motion for a temporary restraining order is granted. Defendant shall appear before the Court on April 14, 2021 at 3 p.m. to show cause why a preliminary injunction should not be issued. Defendant shall file opposing papers by April 8, 2021. Plaintiff shall file reply papers by April 12, 2021. The Court will post information on how to access the preliminary-injunction hearing on the public docket. Ordered by Judge Eric R. Komitee on 4/1/2021. (Richards, David) (Entered: 04/01/2021) |
| 04/03/2021 | 19 | MOTION for Extension of Time to File Response/Reply as to 17 Show Cause Hearing, 18 Order,, /*Stipulation and Proposed Order modifying schedule on preliminary injunction motion* by MSCHF Product Studio, Inc.. (Bannigan, Megan) (Entered: 04/03/2021) |
| 04/05/2021 | | ORDER: Pursuant to the parties' request 19 , the preliminary-injunction hearing is adjourned to April 23, 2021 at 1 p.m. Defendant shall file opposing papers by April 15, 2021. Plaintiff shall file reply papers, if it chooses, by April 20, 2021. On consent of the parties, the temporary restraining order dated April 1, 2021 shall remain in effect through April 23, 2021. *See* Fed. R. Civ. P. 65(b)(2). The Court will post information on how to access the preliminary-injunction hearing on the public docket prior to the rescheduled hearing. Ordered by Judge Eric R. Komitee on 4/5/2021. (Guy, Alicia) (Entered: 04/05/2021) |
| 04/06/2021 | 20 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-14347741. by Nike, Inc.. (Attachments: # 1 Affidavit in Support, # 2 Certificate of Good Standing California) (Trotter, Rhonda) (Entered: 04/06/2021) |
| 04/07/2021 | | ORDER granting 20 Motion for Leave to Appear Pro Hac Vice. Attorney Rhonda R. Trotter is permitted to appear *pro hac vice* on behalf of Plaintiff Nike, Inc. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that they receive electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Peggy Kuo on 4/7/2021. (O'Neil-Berven, Ryan) (Entered: 04/07/2021) |
| 04/09/2021 | 21 | NOTICE of Voluntary Dismissal by Nike, Inc. *with Prejudice* (Harris, Michael) (Entered: 04/09/2021) |
| 04/12/2021 | | ORDER DISMISSING CASE re 21 NOTICE of Voluntary Dismissal by Nike, Inc. *with Prejudice* -- The temporary restraining order issued on April 1, 2021, is hereby dissolved, and Nike is released from the obligation to filea bond. The Clerk of Court is respectfully directed mark this action closed. Ordered by Judge Eric R. Komitee on 4/12/2021. (Guy, Alicia) (Entered: 04/12/2021) |